

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2021

No. 04-20-00228-CR

Jorge **RODRIGUEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000030D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant's brief was originally due by December 30, 2020, but was not filed. On January 8, 2021, we ordered appellant to file his brief or a motion for extension of time by January 25, 2021. In that order, we cautioned appellant that if we did not receive a brief or an extension of time by that date, we would abate the appeal to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). When the brief was not filed, the Clerk of the Court contacted appellant on February 12, 2021 reminding appellant of the late brief, and appellant informed the Clerk that he would file the brief by February 16, 2021. On February 19, 2021, appellant emailed the court and stated he had been unable to file the brief due to Winter Storm Uri, and he would file the brief by February 22, 2021. On February 26, 2021 appellant filed a motion requesting a seven day extension of time to file the brief.

After consideration, we **GRANT** appellant's request for an extension and **ORDER** appellant to file the brief by March 5, 2021. If appellant fails to file the brief by that date, then we will order the appeal abated and remanded to the trial court for a hearing to determine whether appellant has abandoned the appeal. *See id.*

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2021.



_____
Michael A. Cruz,
Clerk of Court